IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H.S.A., | : | |
|     Plaintiff | : | No. 1:21-cv-00054 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| MICHAEL D. BRAGG, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 11th day of August 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff H.S.A. ("Plaintiff")'s motion for default judgment as to Defendant Michael D. Bragg ("Defendant") (Doc. No. 8) is **GRANTED**;

2. Plaintiff's initial motion for default judgment (Doc. No. 5) is **DENIED as moot**;

3. The Clerk of Court is directed to defer the entry of judgment in favor of Plaintiff and against Defendant pending the Court's damages determination, consistent with Court's discussion in the accompanying Memorandum;

4. A separate Order scheduling a trial on damages shall issue; and

5. The Court will conduct a telephone status conference on September 1, 2021, at 10:00 a.m. regarding the scheduling of the trial on damages. The telephone number of the Court for purposes of the call is 717-221-3990.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania